**JOHN NORTH and IDA RINGLING NORTH, as Executors of the Estate of John Ringling, deceased v. F. H. ALBEE**

29 So. (2nd) 371        January Term, 1947
February 28, 1947        Division A
Rehearing denied March 27, 1947

*John F. Burket,* for appellants.

*Williams & Dart,* Attorneys at Law, for appellee.

PER CURIAM:

Affirmed. See Section 733.16, Fla. Stats. 1941 (FSA), as amended by Chapters 22783 and 22889, Acts of 1945, Laws of Florida.

THOMAS, C.J., TERRELL and CHAPMAN, JJ., and McNEILL, Associate Justice, concur.